THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Kenneth E.
 Wright and Bonnie L. Wright, Appellants/Respondents,
 v.
 Hiester
 Construction Co., Inc, Respondent/Appellant,
 and
 
 Dilia And Odin
 Painting Co., Respondent.
 
 
 

Appeal From Beaufort County
 Jackson V. Gregory, Circuit Court Judge
Unpublished Opinion No. 2008-UP-151
Submitted March 3, 2008  Filed March 10,
 2008    
AFFIRMED

 
 
 
 Bradford N. Martin and Laura W.H. Teer, both of Greenville, for
 Appellant-Respondent.
 Stephen L. Brown, Duke R. Highfield, and Russell G. Hines, all of Charleston, for Respondent.
 J.J. Anderson and Eric M. Johnsen, both of Charleston, for
 Respondent-Appellant.
 
 
 

PER
 CURIAM:  Kenneth E. Wright and Bonnie
 L. Wright appeal the trial courts denial of their motion for judgment not
 withstanding the verdict and, in the alternative, motion for new trial. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  Rule 210(h), SCACR ([T]he appellate court will not
 consider any fact which does not appear in the record on appeal.); Rule 59(b),
 SCRCP (The motion for a new trial shall be made promptly after the jury is
 discharged, or in the discretion of the court not later than 10 days thereafter.); Helms
 Realty, Inc. v. Gibson-Wall Co., 363
 S.C. 334, 339-40, 611 S.E.2d 485, 487-88 (2005) (finding on appeal the appellant
 has the burden of presenting a sufficient record to allow review); Harkins v. Greenville County, 340
 S.C. 606, 616 533 S.E.2d 886, 891 (2000) (affirming the trial court on an issue
 because the appellant had not met its burden of presenting an adequate record
 on appeal); S.C. State Highway Dept v. Meredith, 241 S.C. 306, 311 128
 S.E.2d 179, 181 (1962) (The transcript of record is the source of our
 information as to what occurred in the trial of the case below; its very object
 is to inform the Court authoritatively of the legal questions contested below
 and of the facts pertaining thereto.).
AFFIRMED.
ANDERSON,
 SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.